BRIAN P. BROSNAHAN (SBN 112894)
VERONICA NAUTS (SBN 300558)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
bbrosnahan@kasowitz.com
vnauts@kasowitz.com

Attorneys for Plaintiff
EDWARD MULLINS dba ADAMS SPRINGS
GOLF COURSE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDWARD MULLINS dba ADAMS SPRINGS GOLF COURSE, LLC,<br><br>Plaintiff,<br>vs.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY; DOES 1-50,<br><br>Defendants. | CASE NO. 1:17-CV-02518 JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES** |

KASOWITZ BENSON TORRES LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1. This Stipulation is entered into by and among Plaintiff Edward Mullins dba Adams Springs Golf Course, LLC ("Plaintiff") and Defendant New York Marine and General Insurance Company ("Defendant"), by and through their respective counsel.

WHEREAS, on April 7, 2017 Plaintiff, filed its Complaint in the above-entitled action, in Superior Court of the State of California, County of Lake (Unlimited Jurisdiction);

WHEREAS, on May 3, 2017 Defendant filed its Notice of Removal to the United States District Court, Northern District of California;

WHEREAS, on May 4, 2017 the Court Noticed a Case Management Conference set for August 2, 2017 at 2:00 P.M. before the Honorable Jon S. Tigar, the Joint Case Management Statement due seven (7) Court days prior to the conference;

WHEREAS, counsel for Plaintiff will be on a planned vacation for a family reunion from July 29, 2017 through August 5, 2017; and

WHEREAS, the parties have met and conferred and consent to adjust certain dates and deadlines in the case in order to accommodate Plaintiff's counsel's vacation schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, subject to the approval of the Court, that:

1. The case management conference currently scheduled for August 2, 2017 at 2:00 P.M. is continued to August 9, 2017 at 2:00 P.M., or a later time convenient to the Court, with each party to file and serve a Case Management Conference Statement no later than seven (7) calendar days before the Case Management Conference.

IT IS SO STIPULATED.

Date: May 11, 2017           Respectfully submitted,


                             */s/   Brian P. Brosnahan*
                             Brian P. Brosnahan
                             KASOWITZ BENSON TORRES LLP

                             Attorneys for Plaintiff EDWARD MULLINS dba ADAMS
                             SPRINGS GOLF COURSE, LLC

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND OTHER PENDING DEADLINES**
Case No. 1:17-CV-02518 JST

Date: May 11, 2017

                */s/ Andrew B. Downs*
                    Andrew B. Downs
                    BULLIVANT HOUSER BAILEY PC

Attorney for Defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY

## CERTIFICATION OF COMPLIANCE WITH L.R. 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Andrew B. Downs, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: May 11, 2017

*/s/ Brian P. Brosnahan*
Brian P. Brosnahan
KASOWITZ BENSON TORRES LLP

Attorneys for Plaintiff EDWARD MULLINS
dba ADAMS SPRINGS GOLF COURSE, LLC

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the deadlines set forth in the May 4, 2017 Notice Setting Case Management Conference before the Honorable Jon S. Tigar are vacated and reset as follows:

Joint Case Management Conference Statement     August 2, 2017

Case Management Conference     August 9, 2017 at 2:00 P.M.

IT IS SO ORDERED.

DATED: _____May 16_____, 2017. _____
Hon. Jon S. Tigar, Judge of the U.S. District Court
for the Northern District of California



KASOWITZ BENSON TORRES LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111