BRIAN P. BROSNAHAN (SBN 112894)
VERONICA NAUTS (SBN 300558)
KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
bbrosnahan@kasowitz.com
vnauts@kasowitz.com

Attorneys for Plaintiff
EDWARD MULLINS dba ADAMS SPRINGS
GOLF COURSE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDWARD MULLINS dba ADAMS SPRINGS GOLF COURSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY; DOES 1-50, <br><br> Defendants. | Case No.  3:17-CV-02518 JST <br><br> Hon. Jon S. Tigar <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

KASOWITZ BENSON TORRES LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

By and through their attorneys of record, Plaintiff EDWARD MULLINGS dba ADAMS SPRINGS GOLF COURSE, LLC ("Plaintiff") and Defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY ("Defendant") hereby stipulate and agree as follows:

WHEREAS, the parties have agreed to a settlement of this matter;

PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss the above-captioned matter with prejudice.  This stipulation and dismissal terminates the above-captioned action against all parties.  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: January 25, 2018

/s/ Brian P. Brosnahan
Brian P. Brosnahan
KASOWITZ BENSON TORRES LLP

Attorneys for Plaintiff
EDWARD MULLINS dba ADAMS SPRINGS
GOLF COURSE, LLC

DATED: January 25, 2018

/s/ Andrew B. Downs
Andrew B. Downs
BULLIVANT HOUSER BAILEY PC

Attorneys for Defendant
NEW YORK MARINE AND GENERAL
INSURANCE COMPANY

## CERTIFICATION OF COMPLIANCE WITH L.R. 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Andrew B. Downs, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

DATED: January 25, 2018

*/s/ Brian P. Brosnahan*
Brian P. Brosnahan
KASOWITZ BENSON TORRES LLP

Attorneys for Plaintiff
EDWARD MULLINS dba ADAMS SPRINGS GOLF COURSE, LLC

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that this case is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: ___January 25, 2018_____     _____

JON S. TIGAR
United States District Judge